| | | | |
|---|---|---|---|
| DATE: | 12/15/08 | | |
| LOCATION: | Tyler | | |
| JUDGE: | JOHN D. LOVE | **USA** VS. | **DAVID PAUL CUNNINGHAM** |
| DEP. CLERK: | Mechele Morris | | |
| RPTR/ECRO: | Mechele Morris | | |
| USPO: | Lora Savoie | *Frank Coan* | *Joe Thigpen* |
| INTERPRETER: | --- | | |
| TIME: | 1:40 p.m. | | |

**CASE NUMBER: 6:08MJ105**

☑ kia..... INIT APPEARANCE - Rule 5c  WD/TX

☑ Hearing Called          ☑ Hearing Held

☑ Dft  ☑ w/o cnsl  ☐ with counsel
   Appears on:  ☑ Petition for Violation of Supervised Release

☑ kars...  Date of arrest: __12/15/08__

☑ ...Dft  ☑ advised of charges   ☑ advised of maximum penalties   ☑ advised of right to remain silent;
          ☑ advised of right to counsel  ☑ advised of right to Prel. Hrg  ☐ advised of right to waive Prel. Hrg.
          ☑ Waiver of Preliminary Hrg  ☐ kwvr40hrg. Waiver of Rule 40 Hrg  ☐ Advised of Rule 20
                      *Oral*
☑ Dft first appearance with counsel  ☑ CJA  ☐ Ret.  ☐ USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)

☑ ...Dft     Requests appointed counsel, is sworn & examined re: financial status.
☐ kfinaff.   Financial affidavit executed by dft. The court finds the defendant ☐ able  ☑ unable to employ counsel.
☑ ko..   *Joe Thigpen* appointed  ☐ koapptpd.  U.S. Pub Defender _____ appointed

☑ kgmdtn..  Gvt motion for dtn  ☐ kgm...    Gvt m/cont dtn hrg.

☑ Commitment to another District

☑ Defendant remanded to the custody of the U.S. Marshal